UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Antonio Colbert, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 10 1794
 )
 )
Office of the Clerk of )
Southern District of Ohio, )
 )
    Defendant. )

FILED
OCT 25 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring dismissal of a complaint upon a determination that it fails to state a claim upon which relief can be granted).

Plaintiff, a District of Columbia resident, sues the Clerk of Court for the Southern District of Ohio for allegedly refusing to send him "adequit (sic) forms for my case against PNC Bank." Compl. at 2. Although he pleads no injury, plaintiff seeks $1 million in damages. The complaint is devoid of a cognizable claim. A separate Order of dismissal accompanies this Memorandum Opinion.

Date: October 21st, 2010

_____
United States District Judge